928

No. 270, Misc.  WRIGHT *v.* SKEEN, WARDEN.  Supreme Court of Appeals of West Virginia.  Certiorari denied.

No. 271, Misc.  DAVIS *v.* SKEEN, WARDEN.  Supreme Court of Appeals of West Virginia.  Certiorari denied.

No. 265.  WETHERBEE, ADMINISTRATRIX, *v.* ELGIN, JOLIET & EASTERN RAILWAY Co., *ante,* p. 867;

No. 311.  UNITED STATES *v.* FRYER, *ante,* p. 885;

No. 324.  J. & L. SNOUFFER, INC. *v.* ADAMS ET AL., *ante,* p. 874;

No. 371.  LOS ANGELES COUNTY PIONEER SOCIETY *v.* HISTORICAL SOCIETY OF SOUTHERN CALIFORNIA ET AL., *ante,* p. 888;

No. 378.  FISHER, DOING BUSINESS AS FISHER PEN CO., *v.* DURKIN, SECRETARY OF LABOR, *ante,* p. 897;

No. 384.  LARSON ET AL. *v.* CITY OF LONG BEACH, *ante,* p. 890;

No. 393.  TENNESSEE ET AL. *v.* UNITED STATES ET AL., *ante,* p. 891;

No. 403.  LUNN *v.* F. W. WOOLWORTH Co., *ante,* p. 900; and

No. 416.  REPSHOLDT *v.* UNITED STATES, *ante,* p. 901. Petitions for rehearing denied.

No. 343.  AIKEN *v.* RICHARDSON, *ante,* p. 869.  Second petition for rehearing denied.

No. 23, Misc.  SHOTKIN *v.* ATCHISON, TOPEKA & SANTA FE R. Co. ET AL., *ante,* p. 860.  Second petition for rehearing denied.

No. 42, Misc.  SLACK *v.* UNITED STATES, *ante,* p. 888; and

No. 131, Misc.  TATE *v.* CALIFORNIA, *ante,* p. 879. Petitions for rehearing denied.